UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**PERCY BROWN**   **PLAINTIFF**

**v.**   **CIVIL ACTION NO 3:16-CV-460-DJH**

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT et al**   **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this matter on February 25, 2020. Elliot R. Slosar and Amy R. Staples participated on behalf of the plaintiff. Susan K. Rivera, Kristie Babbitt Walker, and Matthew Barszcz participated on behalf of the defendants.

Based on a discussion, counsel will continue to work through any discovery issues without the Court's involvement. The parties are prepared to go forward with the settlement conference previously scheduled for **May 13, 2020 at 10:00 a.m.** No further status conferences will be scheduled before the Magistrate Judge, unless otherwise requested by counsel.

Date: February 26, 2020   **ENTERED BY ORDER OF COURT:**
**REGINA S. EDWARDS, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**VANESSA L. ARMSTRONG, CLERK**
By:   /s/ *Ashley Henry*
**Deputy Clerk**

Copies to counsel

0|10