# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**PERCY BROWN**                                                                                          **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 3:16-CV-460-DJH**

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT et al**                                                                **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this matter on October 19, 2021. Elliot R. Slosar and Amy R. Staples participated on behalf of the plaintiff. Kristie Babbitt Walker participated on behalf of the defendants.

Based on a discussion, the parties shall confer in an attempt to resolve the issues contained in Plaintiff's motion to show cause (DN 101) and the parties' joint status report (DN 102). A further telephonic status conference is scheduled for **October 27, 2021 at 9:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

Date: October 19, 2021        **ENTERED BY ORDER OF COURT:**
                              **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                              **UNITED STATES DISTRICT COURT**
                              **JAMES J. VILT, JR., CLERK**
                              **By:**       /s/   *Ashley Henry*
                                            **Deputy Clerk**

Copies to counsel

0|10