## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:16-CV-00460-DJH

**PERCY BROWN**                                                                              **PLAINTIFF**

**VS.**

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.**                                        **DEFENDANTS**

## ORDER

A telephonic status conference was conducted in this action on April 26, 2022 at 10:00 AM. Elliot Slosar and Amy Staples participated on behalf of Plaintiff. Susan Rivera participated on behalf of Defendants. Charity Bird, appointed counsel for third-party witness, Michelle Conley, failed to participate in the call.

Plaintiff indicated that they are still working to obtain depositions of Defendant Smithers and Ms. Conley despite the deposition deadline having passed on April 14, 2022. The parties indicated they are planning to depose Defendant Smithers in person on May 13, 2022. The Court finds such an extension to obtain Defendant Smithers' deposition to be reasonable in order to move this case forward. However, because Ms. Bird was not present on Ms. Conley's behalf, the Court halted any discussions regarding her deposition. The Court, therefore, reschedules this telephonic status conference call for **May 5, 2022, at 11:00 AM.** Counsel for all parties, including Ms. Bird, shall be required to participate.

**IT IS SO ORDERED.**

Regina S. Edwards, Magistrate Judge
United States District Court

April 26, 2022

Copies:      Counsel of Record

0|10