UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:16-CV-00460-DJH

**PERCY BROWN**                                                                                                    **PLAINTIFF**

**VS.**

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.**                                                                  **DEFENDANTS**

## ORDER

A telephonic status conference was conducted in this action on May 5, 2022 at 11:00 AM. Elliot Slosar and Amy Staples participated on behalf of Plaintiff. Susan Rivera participated on behalf of Defendants. Charity Bird participated as appointed counsel on behalf of third-party witness Michelle Strickland.

Ms. Bird updated the Court on her efforts to contact and meet with Ms. Strickland in advance of her deposition scheduled for May 12, 2022. Despite her efforts, Ms. Bird has been unable to reach Ms. Strickland in order to prepare for her deposition. The Court has made exhaustive efforts in this case to ensure Ms. Strickland's appearance and compliance. Yet Ms. Strickland has continuously failed to comply with court orders and failed to appear both in court and for her deposition. Accordingly, Ms. Bird is directed to continue her efforts at securing Ms. Strickland's appearance for the May 12, 2022 deposition. But if Ms. Strickland again fails to appear for her deposition, the Court will move forward with issuing a warrant commanding the U.S. Marshal Service to secure Ms. Strickland's appearance for a deposition at the Gene Snyder United States Courthouse.

**IT IS THEREFORE ORDERED** that the parties shall **file a joint status report by May 13, 2022**, updating the Court as to whether Ms. Strickland appeared for her May 12, 2022

deposition, and what efforts were undertaken to ensure her appearance. The Court will issue a subsequent order upon receipt of the parties' joint status report.

Copies: Counsel of Record

0|12